UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRELL LANE Jr., <br><br> Plaintiff, <br> v. <br><br> WESTERN STATE HOSPITAL, et al., <br><br> Defendants. | CASE NO. C10-5414BHS/JRC <br><br> ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER.

Plaintiff's application for leave to proceed in forma pauperis (Dkt. # 1) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act, and plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to Plaintiff.

DATED this 29th day June, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1