UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRELL LANE, JR.,

        Plaintiff,

v.

WESTERN STATE HOSPITAL; SUZANNA LEICHMAN; MARK SEILING; RICHARD TOMKO; WILLIAM EHLER; LINDA SALAZAR; DIANA HATHAWAY; CHRISS SAURSON; K.J. DAVITON,

        Defendants.

CASE NO. C10-5414BHS

ORDER TO SHOW CAUSE

        This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.  Plaintiff, Larrell Lane, Jr., filed the Complaint on or about June 29, 2010, without the aid of counsel. (ECF No. 5.)

        On October 18, 2010, pursuant to Fed. R. of Civ. P. 25(a)(1), Defendants filed a notice informing the Court of the death of Plaintiff. (ECF No. 23.)  The Court notes that Defendants sent a copy of this Notice on Record of Party's Death to Plaintiff's last known address in Lakewood, Washington. (See ECF No. 23, p. 2.)

ORDER - 1

Due to the death of Plaintiff, this matter should be dismissed unless Plaintiff's successor or an appropriate representative moves to substitute and proceed with the claims alleged. See Fed. R. Civ. P. 25(a)(1). Accordingly, the Court directs that a motion to substitute be served and filed no later than February 18, 2011, otherwise the undersigned will recommend that the matter be dismissed.

The Clerk's Office is directed to send a copy of this Order to Plaintiff's last known address, and note the February 18, 2011 due date on the Court's motion calendar.

DATED this 8th day of November, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge