UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRELL LANE, JR.,

    Plaintiff,

v.

WESTERN STATE HOSPITAL; SUZANNA LEICHMAN; MARK SEILING; RICHARD TOMKO; WILLIAM EHLER; LINDA SALAZAR; DIANA HATHAWAY; CHRISS SAURSON; K.J. DAVITON,

    Defendants.

Case No. C10-5414BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 28. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) This action is **DISMISSED without prejudice**.[1]

DATED this 31st day of March, 2011.

BENJAMIN H. SETTLE
United States District Judge

---

[1] Magistrate Judge Creatura recommended dismissing this case with prejudice, primarily because Plaintiff is now deceased. However, the R&R in this matter was returned as undeliverable. Based on this fact, the matter is more properly dismissed without prejudice.

ORDER