# United States District Court

WESTERN DISTRICT OF WASHINGTON

LARRELL LANE, JR.

       v.

WESTERN STATE HOSPITAL, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5414BHS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**; and

This action is **DISMISSED without prejudice**.

   April 1, 2011                                              BRUCE RIFKIN
Date                                                                  Clerk

                                                                        *s/CM Gonzalez*
                                                                        Deputy Clerk